NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

DKT. No. 3:03CR140-005

Kenneth Craig Barrow

On April 20, 2004, the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Kenneth Craig Barrow be discharged from Supervised Release.

Respectfully submitted,

_____  
Jeffrey M. Ishee  
Sr. U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __14th__ day of __Sept__, 2007.

_____  
The Honorable Roger Vinson  
Senior United States District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.  
PENSACOLA, FLA.

07 SEP 13 PM 3:57

FILED